## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The School District of Philadelphia, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2150 C.D. 2013 |
| | : | |
| Ellis Jones, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| Ellis Jones, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2230 C.D. 2013 |
| | : | |
| The School District of Philadelphia, | : | |
| Respondent | : | |

# O R D E R

NOW, July 18, 2016, upon consideration of designated petitioner's application for reconsideration or reargument, designated petitioner's application for stay, and respondent's answers in response thereto, the applications are denied.

_____
MARY HANNAH LEAVITT,
President Judge